AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

**ORIGINAL**

| | |
|---|---|
| United States Department of Agriculture )<br>)<br>)<br>)<br>*Plaintiff(s)*<br>v.<br>AMANDA N. GIST<br>)<br>)<br>)<br>)<br>*Defendant(s)* | Civil Action No. 1:25-cv-00212-JAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> AMANDA N. GIST
> 91 MAST RD,
> LEE, NH, 03861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin J Crosman, Esq.
> Jensen Baird Gardner & Henry,
> Ten Free Street,
> P.O. Box 4510,
> Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2025

*Christa K. Berry*
Christa K. Berry
Clerk, U.S. District Court

259 COUNTY FARM ROAD, SUITE 105
DOVER, NH  03820

RETURN OF SERVICE

Invoice Number:  25STC-1323-CP

Court:

Docket Number:

STATE OF NEW HAMPSHIRE
STRAFFORD, SS

On 06/18/2025, I served the within named,

AMANDA GIST

by IN HAND service of the aforenamed, located at 91 MAST RD,  LEE, NH in said County, an attested copy/copies of the attached Summons in a Civil Action-State of Maine at 01:50pm.

_____
Deputy JOSHUA I WRIGHT
Deputy Sheriff
Strafford County Sheriff's Office


Fees:
Service $32.42
Mileage $15.40
Postage & Handling 1.00
In Hand Service Required 32.42
Notary Fee 5.00

Total $86.24